```
Robert A. Sacks (Cal. Bar No. 150146)
Matthew S. Warren (Cal. Bar No. 230565)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Attorneys for Plaintiff
J2 GLOBAL COMMUNICATIONS, INC.


Vincent J. Belusko (Cal. Bar No. 100282)
Hector G. Gallegos (Cal Bar. No. 175137)
Lee D. Hwang (Cal. Bar. No. 163530)
MORRISON & FOERSTER LLP
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024
(213) 892-5200
(213) 892-5454 facsimile

Attorneys for Defendant
CALLWAVE, INC.
```

FILED U.S. DISTRICT COURT
JAN 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority / Send / Clsd / Enter / JS-5/JS-6 / JS-2/JS-3

SCANNED
LODGED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 Global Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CallWave, Inc., <br><br> Defendant. | Case No. 04-7068 (CAS) (VBKx) <br><br> STIPULATION TO FILING OF FIRST AMENDED COMPLAINT |

Plaintiff j2 Global Communications, Inc. and defendant CallWave, Inc., hereby stipulate under Fed. R. Civ.P.15(a) to the filing of plaintiff's First Amended Complaint for Patent Infringement and Permanent Injunction ("First Amended Complaint"). As required by Loc. R. 15-1, one original and one copy of the First Amended Complaint have been lodged with the Court concurrently with the filing of this stipulation.

DOCKETED ON CM
JAN - 7 2005

SULLIVAN & CROMWELL LLP

STIPULATION TO FILING OF FIRST AMENDED COMPLAINT

The parties also stipulate that defendant CallWave, Inc., shall have thirty days after this stipulation is entered by the Court to answer or otherwise respond to the First Amended Complaint.

Dated: December 22, 2004                Respectfully submitted,

                                        /s/ Robert A. Sacks
                                        Robert A. Sacks (Cal. Bar No. 150146)
                                        Matthew S. Warren (Cal. Bar No. 230565)
Of Counsel:                             SULLIVAN & CROMWELL LLP
John Altmiller                          1888 Century Park East
Jeffrey S. Gerchick                     Los Angeles, California 90067-1725
KENYON & KENYON                         (310) 712-6600
1500 K Street, N.W.                     (310) 712-8800 facsimile
Suite 700
Washington, D.C. 20005-1257             Attorneys for Plaintiff
(202) 220-4200                          J2 GLOBAL COMMUNICATIONS, INC.
(202) 220-4201 facsimile

Dated: December 29, 2004

                                        /s/ Vincent J. Belusko
                                        Vincent J. Belusko (Cal. Bar No. 100282)
                                        Hector G. Gallegos (Cal Bar. No. 175137)
                                        Lee D. Hwang (Cal. Bar. No. 163530)
                                        MORRISON & FOERSTER LLP
                                        555 West Fifth Street
                                        Suite 3500
                                        Los Angeles, California 90013-1024
                                        (213) 892-5200
                                        (213) 892-5454 facsimile

                                        Attorneys for Defendant
                                        CALLWAVE, INC.


IT IS SO ORDERED.

Dated: 12/30/04                         /s/ Christina A. Snyder
                                        Honorable Christina A. Snyder
                                        United States District Judge

**PROOF OF SERVICE**

I, Dominga S. Olalde, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California, 90067-1725.

I served the following document:

STIPULATION TO FILING OF FIRST AMENDED COMPLAINT

on December 22, 2004, on all parties in this action by placing true copies of the above document enclosed in a sealed envelope addressed as follows:

<u>By Hand Delivery</u>

Vincent J. Belusko, Esq.
Hector G. Gallegos, Esq.
Lee D. Hwang, Esq.
Morrison & Foerster LLP
555 West Fifth Street
Suite 500
Los Angeles, California 90013-1024

I am familiar with the office practice of Sullivan & Cromwell, which practice is that when correspondence is deposited with the Sullivan & Cromwell personnel responsible for delivering correspondence to the appropriate courier service, such correspondence is delivered to the appropriate courier service in the normal course of business for hand delivery that same day.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 22, 2004, at Los Angeles, California.

Dominga S. Olalde