Robert A. Sacks (Cal. Bar No. 150146)
Matthew S. Warren (Cal. Bar No. 230565)
Brian R. England (Cal. Bar No. 211335)
Carla Bedrosian (Cal. Bar No. 236057)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile
sacksr@sullcrom.com
warrenma@sullcrom.com
englandb@sullcrom.com
bedrosic@sullcrom.com

Attorneys for Plaintiff
j2 GLOBAL COMMUNICATIONS, INC.

Vincent J. Belusko (Cal. Bar No. 100282)
Hector G. Gallegos (Cal. Bar No. 175137)
Monica L. Scheetz (Cal. Bar No. 222653)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
(213) 892-5200
(213) 892-5454 facsimile
vbelusko@mofo.com
hgallegos@mofo.com
mscheetz@mofo.com

Attorneys for Defendant
CALLWAVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 Global Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CallWave, Inc., <br><br> Defendant. | Civil Action No. 04-7068 DDP (AJWx) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER GOVERNING SCHEDULE FOR *MARKMAN* BRIEFS AND HEARING |

1  WHEREAS, the parties served and filed opening *Markman* briefs on
2  Thursday, October 13, 2005;
3  WHEREAS, the parties' agreement contemplated that they would
4  serve and file opposing *Markman* briefs on November 3, 2005, and that the
5  *Markman* hearing would take place on "Monday, December 9, 2005";
6  WHEREAS, December 9, 2005 falls on a Friday;
7  WHEREAS, the Court conducts all hearings on Mondays;
8  WHEREAS, defendant CallWave, Inc. included with its opening
9  *Markman* brief the declaration of Professor Walter Scacchi, setting forth, *inter
10 alia*, his comments concerning the meaning of claim terms to one of ordinary skill
11 in the art;
12 WHEREAS, plaintiff j2 Global Communications, Inc. noticed the
13 deposition of Prof. Scacchi;
14 WHEREAS, the parties have agreed that this deposition will take
15 place on November 9, 2005, after the parties' agreed deadline for opposition
16 *Markman* briefs;
17 WHEREAS, the parties have agreed that this deposition may take
18 place before the service and filing of opposition *Markman* briefs;
19 WHEREAS, in light of the deposition of Prof. Scacchi and the parties'
20 typographical error concerning the hearing date, the parties have agreed to amend
21 the schedule governing *Markman* matters as detailed below;

1    NOW, THEREFORE, the parties hereby stipulate and agree that
2    opposition *Markman* briefs will be served and filed on Friday, December 2, 2005,
3    and that the *Markman* hearing will take place on ~~Monday~~ Thursday, December ~~12~~ 15, 2005 at
4    3:00 p.m.

5    Dated: October 26th, 2005          Respectfully submitted,

6

7                                       *Robert A. Sacks / BRE*
                                        Robert A. Sacks (Cal. Bar No. 150146)
8                                       Matthew S. Warren (Cal. Bar No. 230565)
                                        Brian R. England (Cal. Bar No. 211335)
9                                       Carla Bedrosian (Cal. Bar No. 236057)
                                        SULLIVAN & CROMWELL LLP
10                                      1888 Century Park East
                                        Los Angeles, California 90067 1725
11                                      (310) 712-6600
                                        (310) 712-8800 facsimile
12
                                        Attorneys for Plaintiff
13                                      j2 GLOBAL COMMUNICATIONS, INC.

14   Dated: October ____, 2005

15

16
                                        Vincent J. Belusko (Cal. Bar No. 100282)
17                                      Hector G. Gallegos (Cal. Bar No. 175137)
                                        Monica L. Scheetz (Cal. Bar No. 222653)
18                                      MORRISON & FOERSTER LLP
                                        555 West Fifth Street, Suite 3500
19                                      Los Angeles, California 90013-1024
                                        (213) 892-5200
20                                      (213) 892-5454 facsimile

21                                      Attorneys for Defendant
                                        CALLWAVE, INC.
22

23           IT IS SO ORDERED.

24

25   Dated: _____
                                        _____
26                                      Hon. Dean D. Pregerson
                                        United States District Judge
27

28

– 3 –

1  NOW, THEREFORE, the parties hereby stipulate and agree that
2  opposition *Markman* briefs will be served and filed on Friday, December 2, 2005,
3  and that the *Markman* hearing will take place on ~~Monday,~~ THURSDAY December ~~12~~ 15, 2005, AT
4  3:00 P.M.

5  Dated: October ____, 2005          Respectfully submitted,

7                                     Robert A. Sacks (Cal. Bar No. 150146)
8                                     Matthew S. Warren (Cal. Bar No. 230565)
                                      Brian R. England (Cal. Bar No. 211335)
9                                     Carla Bedrosian (Cal. Bar No. 236057)
                                      SULLIVAN & CROMWELL LLP
10                                    1888 Century Park East
                                      Los Angeles, California 90067 1725
11                                    (310) 712-6600
                                      (310) 712-8800 facsimile
12
                                      Attorneys for Plaintiff
13                                    j2 GLOBAL COMMUNICATIONS, INC.

14 Dated: October 26, 2005

16                                     _____
17                                     Vincent J. Belusko (Cal. Bar No. 100282)
                                       Hector G. Gallegos (Cal. Bar No. 175137)
                                       Monica L. Scheetz (Cal. Bar No. 222653)
18                                     MORRISON & FOERSTER LLP
                                       555 West Fifth Street, Suite 3500
19                                     Los Angeles, California 90013-1024
                                       (213) 892-5200
20                                     (213) 892-5454 facsimile

21                                     Attorneys for Defendant
                                       CALLWAVE, INC.
22

23         IT IS SO ORDERED.

25 Dated: 10-27-05                     _____
                                       Hon. Dean D. Pregerson
26                                     United States District Judge

— 3 —

# PROOF OF SERVICE

I, Caroline Pham, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California, 90067-1725.

I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER GOVERNING SCHEDULE FOR *MARKMAN* BRIEFS AND HEARING**

on October 26, 2005, on all parties in this action by placing true copy of the above document(s) enclosed in a sealed envelope addressed as follows:

*Via U.S. Mail*

Vincent J. Belusko, Esq.
Hector G. Gallegos, Esq.
J. Manena Bishop, Esq.
MORRISON & FOERSTER LLP
555 West Fifth Street
Suite 3500
Los Angeles, California  90013-1024

I placed such envelope with First Class postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Sullivan & Cromwell LLP for collecting and processing correspondence for mailing, which practice is that when correspondence is deposited with the Sullivan & Cromwell LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the normal course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 26, 2005, at Los Angeles, California.

_____
Caroline Pham